JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-06632-RGK-JC | Date | August 4, 2020 |
|---|---|---|---|
| Title | *RASCON v. BENCHMARK ELECTRONICS, INC.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order Remanding to State Court

On July 22, 2019, Plaintiff filed a class action complaint against Benchmark Electronics, Inc. ("Defendant") alleging state statutory claims under the California Labor Code and California Business and Professions Code. On July 24, 2020, Defendant removed the action to federal court, invoking this Court's diversity jurisdiction under the Class Action Fairness Act.

On July 29, 2020, the Court issued an order finding that Defendant's Notice of Removal was untimely. In the order, the Court stayed remand of the action to allow Plaintiff an opportunity to waive the procedural defect and remain in federal court. Plaintiff has not filed a waiver within the timeframe specified. Therefore, the Court hereby **REMANDS** the action in its entirety for all further proceedings.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   _____